

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



RECEIVED

NOV 27 2017

11-27-17

THOMAS G BRUTON
CLERK U.S DISTRICT COURT

Cristian Ramos

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:17-cv-08576
Judge Rebecca R. Pallmeyer
Magistrate Judge Daniel G. Martin
PC 5

Case No:_____
(To be supplied by the Clerk of this Court)

vs.

Sgt. Gee

C.O Zambriz

C.O Tucker

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

A.   Name: _Cristian Ramos_

B.   List all aliases: _N/A_

C.   Prisoner identification number: _2016-07-15-148_

D.   Place of present confinement: _Cook County Department of Correction_

E.   Address: _2700 S. California Ave. Chicago, IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Sgt. Gee_

Title: _Seargent. -3-3 First shift_

Place of Employment: _I.D.O.C - Employer_

B.   Defendant: _C.O. Zambriz_

Title: _Correctional officer 7-3 First shift_

Place of Employment: _I.D.O.C - Employer_

C.   Defendant: _C.O. Tucker_

Title: _Correctional officer 7-3 First shift_

Place of Employment: _I.D.O.C_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _14 cv 09458_

    B.    Approximate date of filing lawsuit: _9-14-14_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _Cristian Ramos_

    D.    List all defendants: _Robert Grabowski_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook County_

    F.    Name of judge to whom case was assigned: _Rebecca R. Pallmeyer_

    G.    Basic claim made: _150,000 US-currency_

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _It was settled_

    I.    Approximate date of disposition: _8-10-17_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

A. Name of case and docket number: 17 cv 06564

B. Approximate date of filing lawsuit: 8.15.17

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Cristian Ramos

D. List all defendants: Randy Pfister

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned:
Rebecca R. Pallmeyer

G. Basic claim made: 150,000 US-currency

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~It was settled~~
It is still pending

I. Approximate date of disposition: 10-12-17

A. Name of case and docket number: 16 cv 02065

B. Approximate date of filing lawsuit: 2-26-16

C. List all ~~defendants: Bill Jones~~ Plaintiffs (if you had co-Plaintiffs), including any aliases: Cristian Ramos

D. List all defendants : Bill Jones

E. Court in which the lawsuit was filed (if federal court, name the district; if state court name the county): Cook County

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. 150,000 US-currency

H. It was settled

I. 8-10-17

**IV.** **Statement of Claim:**

1 out of 6

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendant #1 C.O Zambriz True Facts, when on October 18th he arrived too Unit B witch was segregation at Stateville/NRC he excorted me out my cell 202 with another C.O and one that was working the teer, and took me too the Shower too shake me down and put me on shackles and blue box took me too van too go on my court rit, for court now when he was walking too Place me too the van as I was walking with him too the van I told him when we come back from court dont place me back on that deck or floor second gallery then he asked me why not because there's alot of bullsxhix going on on that gallery Ima end up getting jumped or wooped by several inmates, I'm already into it with one guy myself that gots alot of his guys riding for him3 with him So can you do me a favor and talk too the white shirt and explain my situation, he then told me stop being a pxxxy you'll be good, then I told him Im forreal man dont put me on that gallery or if something happens too me is on you I already got one lawsuit pending, he then told me shut your axs up and get in there and be quiet on the ride till you go see the judge, I then said your right, watever man, Now as me and defendant #1 C.O Zambriz were walking too the van another C.O and Defendant #2 C.O Tucker were walking about maybe 25 to 35 steps behind with just one more inmate that had court in my courthouse, So now whe we all three C.O's

4

Revised 9/2007

2 out of 6

and the other inmate and I got into the van, and started going too
court on our way me and the other inmate where in the back with C.O Tucker and
C.O Zambriz was driving, and third C.O was in the passenger when I then
in the back about 15 min into the ride I told C.O Tucker what I told C.O Zambriz
when C.O Zambriz heard and turn off the video and said shut the f*ck up nothing
and discussed it
is gonna happen we already talked about it, I then said man you think everything
is a game, now wanna get tough and disrespectful, watch I swear if something
happens too me while in the deck or yard this weekend is on yah, Ima have hella
more lawsuits, yah suppose too help but now just cause we are inmates yah
dont give two sh*t* about us, I then told C.O tucker can yah just place
                        C.O Tucker
me in protective custody then she told me there's no protective custody I
then told her how there's gotta be this is prison, she then told me asked me
are you testing my intelligence, if there was protective custody it would be
full with all kinds of guys like you C.O Tucker told me I then said yah
be lying all the time thinking we inmates and be lying and what you mean
guys like me what you trying too say, she then said shut up we are not gonna
keep talking about this, I then stayed quiet for a moment when I heard her say
You muda fuxkers aint shit always think we lying, when I then shouted loud
yah's lying man fuxk yah, there's protective custody and I aint lying about what
the fuxk I said, if I knew it was gonna be a one-on-one fight or no fight
at all I'll be good I wouldn't say sh*t, too yah at all but there's a chance
there might be two or three fights or several inmates riding with the guy I

3 out of G

got problems with, he was already trying too kill me on the outside, C.O-Tucker then said we ain't got none too do with that, thats your problem and if you wanna listen too music on the whole way too court and back I suggest you be quiet and stay seated, and then told C.O Zambrie can you guys just play the radio, before this guy keeps saying shit, he then turned it up I then just shook my head and stayed quiet the whole ride and back, So when arrived back too stateville C.O Zambriz and the CO that was in the passenger were walking me from the entrance of Stateville/NRC too Unit B when I was in the hall way I was resting on the wall standing and told them I'm not going in that wing, I told yah already, So they both then grabbed me physically, aggressively and picked me up half way and threatned me with pepper sprav and pulled it out just so I can get scared I was trying too throw myself on the floor too wait for a whiteshirt, too talk too when I slowly was half way letting my self get dragged, and placed in the cell and uncuffed me it was only so much I was able too do, I had the blue box, shackles and chain around my waist, I then shouted for a white shirt nobody showed up, and was just yelling out my cell telling the C.O's yah ain't shit, yah weak as hell, Now 4 days later Saturday morning about 7:00 am True Facts Defendant Sgt. Gee was asking each cell individually are they comming out for yard I told him Im comming out but I need too talk too you, he then asked every cell where they comming out and came back too my cell and said whats going on, I then told Sgt. Gee there's gonna be some fights they're gonna jump me he then said too me what you whant me too do, I then told Sgt. Gee put me in another yard by myself or some, he then told me everyone gotta be together, I then told

Revised 9/2007

4 out of 6

him but they are gonna jump me how are we gonna be in there together, If Im telling you something is gonna happen too me, thats crazy I told him, Sgt. Gee then said there's alot of crazy things in jail that happen, okay but without people knowing Im telling you, Sgt. Gee then was saying youll be okay, relax I then told him put me in protective custody then, he then said there's no protective custody in Stateville / NRC and if there was I aint doing no paper work right now, maybe after they do yard for the Second gallery, I told Sgt. Gee you lying man you gays, saying there's non but you said maybe when they are done with the second gallery yard, you just told on yourself caught you in your lie, I told him, he then told me I aint nobody for him too like too, I then said okay then so place me in protective custody, he then said there is none so are you going outside or not I then said yeah man Its on you too watch the yard, I told you wat is gonna happen, Sgt. Gee then asked me whats gonna happen, and I told him again Im gonna get jumped, or be hella fights, somebody is gonna get hert in all thoes hours outthere, he then said he was gonna be watching, I then told him watever man, dont make me write more paper werk, sue this Whole place he then said Keep talking like that and you wont ever go too yard in Seg I then said, you'll love that, Im going too yard alright I told him he then was walking away, saying not talking slick, So then about 8:00am that morning Oct 22nd Firstshift

CO. Brantly CO. Marco Sgt. Gee

they walked us over too A wing yard and mentioned the officers are gonna supervise [there]

5 out of 6

us, when in reality we weve not suppose too get our yard on A-unit but ours on B-unit yard, when I and other inmates whent too yard and got cuffs off several inmates got divided in two cages. When officers left there was a silent moment when I heard another inmate say some thing too another and then a fight began, when inmate Scaggs approached me we began too fight also, when in the midst of the fight another inmate jumped in and kicked me in the face and dazed me and I couldn't see clearly when all I remember waking up and caught my sight and was getting stricked by feet and [blackout] hands by that time I was hurt and bleeding bad from my mouth when I felt it was my two teeth that I thought were gone I was bleeding and started hitting the wall too get the C.O.s and yelling loud too get their attention by the time they came and saw what was going on I was injuved bad, and had some urine stains on my back possibly had too be by my attacker, cause my celly had said he's pulling out his penis but I couldn't stop it, it was hard too recover and focus at that time. I found out my celly was fighting in the first fight, I suffered two tooths injury had too get outside hospital assistance, black eye, busted lip, head split in the back swollen ear and bruised swollen lip, jaw swollen and other scratches and bruises in my forehead and body arms & legs, I got pain medication some treatment for tooths Ice packs ect. couldn't even have a celly cause of the injuries. I had my rights violated 14th 8th admedment, cruel and unusual, fail too protect, By Defendant #1 Zambriz, Defendant #2 Tucker, Defendant 3# Sgt. Gee, and I obviosly was not in good hands by the present duty officers witch is a fail too protect violation being

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Go out of G

violated there and A-unit is a protective custody unit and also for minors, and suicidal overflow, and high profile cases so I would guess I was suppose too be secured but things gotten hectic severe by the time officers whent too the yard too see what was the noise it was too late and I was getting beaten for about 15 min or more on the ground, Sgt. Gee and CO Tucker seen the incident and injuries, all I did frowned at them and shook my head, I been submitting grievance forms since the incident till I left I.D.O.C for my Parol Violation, I submitted about 3 in Stateville/NRC never received nothing back I turned about 2 too springfield the administrative review board never got none back either so submitted this form a year later, I have had my Constitutional rights violated.

4                                    Revised 9/2007

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I with all my heart is seeking for the courts, too let me get a medical writ with or without the cost of the courts, too get the dental work I need that I suffered for the trauma, incident a outside world dentist, and is asking the court too grant me something reasonable from 75,000 to 200,000 including with the trum I suffered from this incident and my life history incarcerated, knowing I should have taken my old lawsuits too trial and let the judge or jury, grant me more then what I was pressured too settle, and young & dumb at the time, Singerly, The Courts

**VI.**     The plaintiff demands that the case be tried by a jury.    ☑ YES     ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___16___ day of _October_, 20_17_

_____Cristian Ramos_____
(Signature of plaintiff or plaintiffs)

_____Cristian Ramos_____
(Print name)

_____2016-07-15-148_____
(I.D. Number)

_____1103 N. 20th ave._____

_____Melrose Park, IL 60160_____
(Address)

6

Revised 9/2007