**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cristian Ramos | 17c 8576 |
| DEFENDANT | TYPE OF PROCESS |
| C.O. Zambriz | ~~U.S Mail~~ S/C |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C.O Zambriz
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 112 Joliet, IL 60434-0112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

~~ILLINOIS Department~~
Cristian Ramos
1103 N. 20th ave.
Melrose Park, IL 60160

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ILLINOIS Department of Corrections
Stateville Correctional Center/Northern Reception Center
P.O. Box 112
Joliet, IL 60434-0112  7-3pm first shift Correctional Officer

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 708-267-1181
DATE: 3-18-18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| I acknowledge receipt... | 3/3 | No. 24 | No. 24 | PD | 05/16/18 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

FILED
MAY 24 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date: 05/23/18  Time: 159 ☒ pm

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | |

REMARKS: Refused. No one with at Stateville with this name

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80



RECEIVED
MAR 2 3 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT