## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a copy of Attorney Appearance for Defendant

Gee was served on September 13, 2018, on the following party by placing a copy of same in the

U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601:

> Cristian Ramos
> #M-52272
> Pinckneyville Correctional Center
> P.O. Box 999
> Pinckneyville, IL 62274

<u>/s/ <em>Shawn M. Peters</em></u>