USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Cristian Ramos | COURT CASE NUMBER: 17c8576 |
| DEFENDANT: Sgt. Gee | TYPE OF PROCESS: U.S Mail Waiver |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sgt. Gee
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): P.O. Box 112 Joliet, IL 60434-0112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Cristian Ramos
1103 N. 20th ave.
Melrose Park, IL 60160

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ILLINOIS Department of Corrections
Stateville Correctional Center / Northern Reception Center
P.O. Box 112
Joliet, IL 60434-0112    7-3pm first shift Sgt.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 708-267-1181
DATE: 3-18-18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1/3
District of Origin No.: 24
District to Serve No.: 24
Signature of Authorized USMS Deputy or Clerk: PMD
Date: 05/16/18

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

FILED
SEP 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date: 09/13/18  Time: 1:59 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | |

REMARKS: Waiver of Service Accepted

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

RECEIVED
MAR 2 3 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT