**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Cristian Ramos,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No.   17 C 8576 |
| | ) | |
| **Sgt. Gee, et al,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Telephone status conference convened.   Defendants Gee and Tucker have filed appearances.   Defendant named as "Zambriz" has not been located.   Within 24 hours, defense counsel will mail to Plaintiff a list of correctional officers whose names begin with Z, in an effort to assist Plaintiff in identifying the third defendant.   Defendants have leave to take the deposition of Plaintiff in custody, and are directed to do so within 60 days.   Further telephone status is set for 1/17/2019 at 8:30 a.m., the call to be initiated by defense counsel from his office.   Plaintiff reports he was assaulted on 10/28/2018 by officers at Pinckneyville and that this assault was recorded on videotape.   The court encourages Plaintiff to file a grievance relating to this incident, should he choose to do so.   The Clerk is directed to provide Plaintiff with an accounting of fees he has paid against his filing fee obligation.

ENTER:

Dated: November 15, 2018

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:03)