FILED

APR 15 2019

MAGISTRATE JUDGE
SUNIL R. HARJANI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Cristian Ramos,

    Plaintiff(s),

v.

Sgt. Gee, et al.,

    Defendant(s).

Case No. 17 C 08576

## LIMITED ASSIGNMENT OF SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby assigns the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Assigned counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The assigned attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this assignment. On notice to the Court, assigned counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

Name of Assigned Counsel: Scott T. Kamin

Law Firm: Kamin Civil Rights Group

Street Address: 53 W. Jackson

Suite Number: Suite #1057

City, State & Zip Code: Chicago, IL. 60604

Telephone Number: (312) 307-8848

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Assignment of Settlement Assistance Program Counsel.

Dated: March 25, 2019

x _Cristian Ramos_
Pro Se Plaintiff

ENTER:

Dated: 4.15.2019

_Honorable Sunil Harjani_
Judge