IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIAN RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 17-cv-8576 |
| ) | |
| ) | Chief Judge Rebecca R. Pallmeyer |
| GEE, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Cristian Ramos, by his attorney, Scott Kamin, and the Defendants, Maurice Gee and Rodtrice Tucker, by their attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed without prejudice, with leave to reinstate for purposes of enforcing the Settlement Agreement.

2. Upon payment in full and in accordance with the Settlement Agreement entered by and between the Plaintiff and the Defendants named in the Settlement Agreement, the dismissal shall convert to a dismissal with prejudice and without leave to reinstate.

3. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_____  
Plaintiff  
Cristian Ramos

_____  
Scott Kamin  
Counsel for Plaintiff  
53 W. Jackson  
#1057  
Chicago, IL 60604  
(312) 307-8848  

Date: 7/29/19

7-24-19  
Date

_____  
Shawn Peters  
Assistant Attorney General  
Attorney for Defendants  
100 West Randolph Street, 13th Floor  
Chicago, Illinois 60601  
(312) 814-4752  

Date: 7/29/19